1  ROBERTSON & ASSOCIATES, LLP
   Alexander Robertson, IV (Nevada Bar No. 8642)
2    arobertson@arobertsonlaw.com
   32121 Lindero Canyon Road, Suite 200
3  Westlake Village, California 91361
   Telephone: (818) 851-3850 • Facsimile: (818) 851-3851
4
   NEEMAN & MILLS. PLLC
5  Jeffrey S. Neeman (Nevada State Bar No.7461)
     jsn@neemanmills.com
6  1201 South Maryland Parkway
   Las Vegas, NV 89104
7  Telephone: (702) 822-4444 • Facsimile (702) 822-4440

8  Attorneys for Plaintiff And The Proposed Class

9              UNITED STATES DISTRICT COURT

10        DISTRICT OF NEVADA, SOUTHERN DIVISION

11 | KELLY RYAN, an individual, on            | Case No. 2:15-cv-00957-JAD-VCF
   | behalf of herself and all others similarly |
12 | situated,                                 | **STIPULATION TO EXTEND TIME**
   |                                           | **TO RESPOND TO COMPLAINT**
13 |            Plaintiff,                     | **[FRCP 6(B)(1)]**
   |
14 | vs.
   |
15 | LUMBER LIQUIDATORS, INC., a
   | Delaware corporation,
16 |
   |            Defendant.
17

18      Pursuant to F.R.C.P. 6(b)(1), Plaintiff Kelly Ryan and Defendant Lumber

19  Liquidators, Inc., by and through their undersigned counsel, stipulate as follows:

20      WHEREAS, Plaintiff filed the Complaint in this action on May 26, 2015;

21      WHEREAS, Lumber Liquidator's initial response to the Complaint is due on

22  June 16, 2015;

23      WHEREAS, there are currently 123 similar cases pending against Lumber

24  Liquidators in 26 states, and a decision by the JPML is expected any day in MDL

25  No. 2627 to consolidate and transfer all of these cases for pretrial proceedings

26  pursuant to 28 U.S.C. §1407. See, *In Re: Lumber Liquidators Chinese-*

27  *Manufactured Flooring Products Marketing, Sales Practices and Products Liability*

28  *Litigation;*

1    WHEREAS, the parties have agreed that the deadline for Lumber Liquidators

2   to respond to the Complaint shall be extended by thirty (30) days up to and

3   including July 13, 2015;

4    NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED that

5   Defendant Lumber Liquidator's deadline to respond to Plaintiff's Complaint shall be

6   extended by thirty (30) days from the earliest response date, to and including July

7   13, 2015.

8   DATED: June 12, 2015         ROBERTSON & ASSOCIATES, LLP

9                                By:

10                                   Alexander Robertson, IV, Esq. (Bar No. 8642)
                                     32121 Lindero Canyon Road, Suite 200
11                                   Westlake Village, CA 91361

12                                   NEEMAN & MILLS. PLLC
                                     Jeffrey S. Neeman, Esq. (Bar No. 7461)
13                                   1201 South Maryland Parkway
                                     Las Vegas, NV 89104

14
                                     *Attorneys for Plaintiff And The Proposed*
15                                   *Class*

16

17  DATED: June 12, 2015         SNELL & WILMER, LLP

18                               By:

19                                   William E. Peterson, Esq. (Bar No. 1528)
                                     C. Thomas Burton, Jr., Esq. (Bar No. 3030)
20                                   Carrie L. Parker, Esq. (Bar No. 10952)
                                     50 West Liberty Street, Suite 510
21                                   Reno, Nevada 89501

22                                   *Attorneys for Defendant LUMBER*
                                     *LIQUIDATORS, INC.*
23

24      **IT IS SO ORDERED.**

25  Dated:      June 18, 2015

26

27                                   ~~DISTRICT COURT~~ JUDGE
                                     United States Magistrate
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of June, 2015, the foregoing document entitled **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT  [FRCP 6(B)(1)]** was filed and served electronically via the Court's CM/ECF system to all CM/ECF participants listed on the e-service master list.

_____
An employee of the law firm of
Robertson & Associates, LLP